On petition for review filed November 21, 1995,* petition for review allowed; decision of the Court of Appeals vacated, and case remanded to the Court of Appeals for further consideration April 5, 2001

STATE OF OREGON,
*Respondent on Review,*

*v.*

DOUGLAS EUGENE ALDRICH,
*Petitioner on Review.*

(CC 94CR10191TM; CA A85846; SC S42780)

21 P3d 1088

Eric Johansen, Deputy Public Defender, Salem, filed the petition for review. With him on the petition was Sally L. Avera, Public Defender.

No response *contra*.

Before Carson, Chief Justice, and Gillette, Durham, Leeson, and Riggs, Justices.**

MEMORANDUM OPINION

The petition for review is allowed. The decision of the Court of Appeals is vacated. The case is remanded to the Court of Appeals for further consideration in light of *State v. Fleetwood*, 331 Or 511, 16 P3d 503 (2000).

---

* Appeal from Deschutes County Circuit Court, Alta J. Brady, Judge. 137 Or App 439, 904 P2d 1093 (1995).

** Kulongoski and De Muniz, JJ., did not participate in the consideration or decision of this case.